# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 1:21-MJ-00189-AWA |
| | § | |
| AHSAN AMIR MADHANI | § | |
| | § | |

## O R D E R

Before the Court is the Government's Motion to Dismiss Criminal Complaint, filed August 3, 2021 (Dkt. 14). The Court finds the Motion to be meritorious.

Accordingly, it is **ORDERED** that the Government's Motion to Dismiss Criminal Complaint (Dkt. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Order concerning Conditions of Release for Ahsan Amir Madhani issued April 21, 2021 (Dkt. 10) is hereby **RESCINDED**.

**IT IS FURTHER ORDERED** that the Criminal Complaint filed in this case as to the Defendant, Ahsan Amir Madhani (Dkt. 1), is hereby **DISMISSED** without prejudice.

**SIGNED** on August 9, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE